UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMY OBERHAUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV708 HEA |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

This matter is before the Court on Magistrate Judge Frederick R. Buckles' Report and Recommendation that the decision of the Commissioner be reversed and remanded to the Commissioner for further proceedings. No objections to the Report and Recommendation have been filed within the prescribed time period. The Court, therefore need not conduct a *de novo* review and adopts Judge Buckles' Recommendation. For the reasons set forth in Judge Buckles' Report and Recommendation,

**IT IS HEREBY ORDERED** that the Commissioner's decision in this matter is reversed.

**IT IS FURTHER ORDERED** that this matter is remanded to the Commissioner for further proceedings as set forth in the Report and Recommendation.

Dated this 6th day of September, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE